Elaine HUEBBE, Respondent,

v.

DAIRY FARMERS OF AMERICA and Zurich American Insurance Company, Relators,

Taher, Inc. and Indiana Insurance Company, Respondents,

Fairview Red Wing Clinic, Intervenor.

No. A13–0810.

Supreme Court of Minnesota.

Dec. 9, 2013.

Patrick T. Grove, Drawe and Maland, Edina, Minnesota, for relators.

Charles A. Bird, Bird, Jacobsen, and Stevens, P.C., Rochester, Minnesota, for respondent.

Randee S. Held, Law Offices of Thomas P. Stilp, Golden Valley, Minnesota, for respondents.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on April 16, 2013, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/_____
Wilhelmina M. Wright
Associate Justice